**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br>    vs.<br><br>Lucky Brands,<br><br>         Defendant. | Case No.  2:24-cv-1076 |

## DEFENDANT LUCKY BRANDS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA AND TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:**

      **PLEASE TAKE NOTICE** that Defendant Lucky Brands. ("Defendant") hereby removes the action described below filed by Plaintiff ANDREW WILKINS, on behalf of himself and all others similarly situated ("Plaintiff") in the Court of Common Pleas of Chester County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and state that removal is proper for the reasons set forth below.

## BACKGROUND

      1.    This removal involves a lawsuit that was filed by Plaintiff on November 21, 2023 in the Court of Common Pleas of Chester County, Pennsylvania entitled *ANDREW WILKINS, on behalf of himself and all others similarly situated v. Lucky Brands*, Case No. 2023-09310-TT (the "State Court Action").

      2.    The Complaint filed in the State Court Action (the "Complaint") purports to assert two claims for relief against Defendant:  (1) for alleged violation(s) of the federal Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* (the "Americans with Disabilities Act"), and (2) for

Declaratory Relief based upon an alleged controversy as to compliance by Defendant "with applicable laws including, but not limited to [the Americans with Disabilities Act] … ."

## TIMELINESS OF REMOVAL

3.      Plaintiff served Defendant with the Complaint by way of personal service on February 19, 2024.

4.      As such, this Notice of Removal is filed within the time period required under 28. U.S.C. §1446(b).

## GROUNDS FOR REMOVAL

5.      The present action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it appears from the Complaint that Plaintiff has filed a civil rights action and he is purporting to assert one or more claims founded on a claim of rights arising under the laws of the United States.

6.      More specifically, the Complaint alleges discrimination against Plaintiff (and others "similarly situated") by Defendant in violation of the Americans with Disabilities Act and seeks Declaratory Relief based upon an alleged controversy as to whether or not there has been a violation by Defendant of the Americans with Disabilities Act.

## VENUE

7.      Venue lies in the United States District Court for the Eastern District of Pennsylvania because this action was originally brought in the Court of Common Pleas of Chester County, Pennsylvania, which is located within the Eastern District of Pennsylvania, and this Notice of Removal is therefore properly filed with this Court pursuant to 28 U.S.C. § 1441(a).

## NOTICE OF REMOVAL COMPLIANCE

8.      In compliance with 28 U.S.C. § 1446(d), this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Court of Common Pleas of Chester County, Pennsylvania.

9.      In compliance with 28 U.S.C. § 1446(a), <u>Exhibit A</u> attached hereto contains true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action, which papers include a copy of the Summons and Complaint.

10.     The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against Defendant in the Court of Common Pleas of Chester County, Pennsylvania be removed to the United States District Court for the Eastern District of Pennsylvania.

Dated this 12 day of May, 2024

<u>*/s/Michael A. Oropallo, Esq.*</u>
Michael A. Oropallo, Esq.
Attorney ID: 90322
Barclay Damon LLP
125 East Jefferson Street Syracuse, New York 13202
(315) 425-2831
moropallo@barclaydamon.com
Attorney for Defendant
Lucky Brands

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12 day of March, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail to the following:

Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave., Suite 200
Englewood Cliffs, NJ 07632
*Attorney for Plaintiff*

*/s/Michael A. Oropallo, Esq.*
Michael A. Oropallo, Esq.