# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff<br><br>vs.<br><br>LUCKY OPCO, LLC,<br><br>                Defendant. | **Case No. 2:24-cv-1076** |

Pursuant to Section VII of the Court's General Pretrial and Trial Procedures and Local Rule of Civil Procedure 83.5.2(b), the undersigned attorney, who is duly licensed and admitted to practice before the United States District Court for the Eastern District of Pennsylvania, hereby moves this Court before the Hon. Gene E.K. Pratter for an Order admitting Rex T. Reeves, Esq, an attorney with the firm of The Karlin Law Firm, LLP and a member in good standing of the bar of the State of California and other federal district courts, to appear and practice *pro hac vice* on behalf of the Defendant in the above-captioned case. Accompanying this motion is the Declaration of Rex T. Reeves, the previously filed Application Form (Dkt. No. 4), and a proposed text order.

**DATED:** April 4, 2024                            **BARCLAY DAMON LLP**

                                                        By:_____
                                                            Michael A. Oropallo
                                                              Attorney ID: 90322
                                                              *Attorneys for Defendant*
                                                              Barclay Damon LLP
                                                              Barclay Damon Tower
                                                              125 East Jefferson Street
                                                              Syracuse, New York 13202
                                                              (315) 425-2831
                                                              MOropallo@barclaydamon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4 day of April, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail to the following:

Daniel Zemel, Esq.<br>
Zemel Law LLC<br>
400 Sylvan Ave., Suite 200<br>
Englewood Cliffs, NJ 07632<br>
*Attorney for Plaintiff*

_____
Michael A. Oropallo, Esq.

26873229.1