IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff<br><br> vs.<br><br>LUCKY OPCO, LLC,<br><br>                Defendant. | **Case No. 2:24-cv-1076** |

**REX T. REEVES**, being duly sworn, depose and say:

1. I am an attorney with The Karlin Law Firm LLP, a law firm with offices located in the State of California.

2. I was admitted to practice in the state of California on December 7, 1988, and remain in good standing.

3. I was admitted to practice in the Central District of California on January 27, 1989, and remain in good standing.

4. I was admitted to practice in the Northern District of California on March 17, 2010, and remain in good standing.

5. I was admitted to practice in the Southern District of California on February 24, 2022, and remain in good standing.

6. I was admitted to practice in the Eastern District of California on March 1, 2022, and remain in good standing.

7. I have never been suspended from the practice of law in any jurisdiction nor have I received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

8.  I have never used generative Artificial Intelligence in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court.

9.  I have read the most recent edition of the Pennsylvania Rules of Professional Conduct, the Local Rules of the Eastern District of Pennsylvania, and applicable Judge Rules, and I agree to be bound by all such Rules for the duration of this case.

10. If I am granted *pro hac vice* status, I will in good faith continue to advise Michael A. Oropallo, Esq., of the current status of the case and of any use of Artificial Intelligence in preparing any paper filed with the Eastern District of Pennsylvania, as well as all material developments therein.

**DATED:** April 4, 2024                     **THE KARLIN LAW FIRM**

By: *s/Rex Reeves*
Rex T. Reeves
13522 Newport Avenue
Suite 201
Tustin, CA 92780
(714) 731-3283
Rex@karlinlaw.com
(714) 731-5741