**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff<br><br> vs.<br><br>LUCKY OPCO, LLC,<br><br>      Defendant. | **Case No. 2:24-cv-1076** |

  **AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion for Admission of Counsel *Pro Hac Vice*, it is hereby **ORDERED** that said Motion is **GRANTED**, and Rex T. Reeves, Esq., is admitted to practice in this matter for the purposes of representing Defendant Lucky OPCO, LLC.

  **IT IS SO ORDERED.**

                **BY THE COURT:**

                _____
                Honorable Gene E. K. Pratter
                United States District Judge