# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW WILKINS** : | |
| *on behalf of himself and* : | |
| *all others similarly situated* : | |
| : | |
| v. : | CIVIL ACTION NO. 24-1076 |
| : | |
| **LUCKY BRANDS** : | |

## O R D E R

This  24th   day of  September , 2024, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

GEORGE WYLESOL, Clerk of Court

**BY:**    /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on   9/24/24   to:

cc:

All counsel of record